## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                       Plaintiff,

      vs.

Cinthia Ortiz Ortiz,

                    Defendant.

Case No. **25-cr-02837-W**

JUDGMENT OF DISMISSAL

**FILED**

JAN 2 2 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

[X] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

[ ] the Court has dismissed the case for unnecessary delay; or

[ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

[ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

[ ] a jury has been waived, and the Court has found the defendant not guilty; or

[ ] the jury has returned its verdict, finding the defendant not guilty;

[X] of the offense(s) as charged in the Indictment/Information:
21:952, 960 - Importation of a Controlled Substance (Felony)
_____

_____

_____

Dated: _____1/22/26_____

Hon. Barbara L. Major United
States Magistrate   Judge